CASREF,HORAN,JURY,STTMM

# U.S. District Court
# Northern District of Texas (Dallas)
# CIVIL DOCKET FOR CASE #: 3:19−cv−02460−E−BN

Portwood v. State of Texas et al
Assigned to: Judge Ada Brown
Referred to: Magistrate Judge David L. Horan
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 10/17/2019
Jury Demand: Plaintiff
Nature of Suit: 550 Prisoner Pet/Other: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

**Glenn Casey Portwood**

represented by  **Glenn Casey Portwood**
#64653−379
BOP Seagoville FCI
PO Box 9000
Seagoville, TX 75159
PRO SE

V.

**Defendant**

**State of Texas**

**Defendant**

**County of Fort Bend**

**Defendant**

**Troy Nehls**
*Sheriff, Fort Bend County Jail*

**Defendant**

**NFN Damer**
*Nurse, Fort Bend County Jail*

**Defendant**

**NFN Kahn**
*Doctor, Fort Bend County Jail*

**Defendant**

**Correctional Care Solutions (CCS)**
*In their individual and professional capacities*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/17/2019 | 1 | New Case Notes: A filing fee has not been paid. CASREF case referral set and case referred to Magistrate Judge Horan (see Special Order 3). Initiating documents received by mail. No prior |

| | | |
|---|---|---|
| | | sanctions found. (For court use only – links to the <u>national</u> and <u>circuit</u> indexes.) Pursuant to Misc. Order 6, Plaintiff is provided the Notice of Right to Consent to Proceed Before A U.S. Magistrate Judge (Judge Horan). Clerk to provide copy to plaintiff if not received electronically. (sre) (Entered: 10/18/2019) |
| 10/17/2019 | ï 2 | Notice and Instruction to Pro Se Party. (sre) (Entered: 10/18/2019) |
| 10/17/2019 | ï 3 | COMPLAINT WITH JURY DEMAND against Correctional Care Solutions (CCS), County of Fort Bend, NFN Damer, NFN Kahn, Troy Nehls, State of Texas filed by Glenn Casey Portwood. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms, instructions, and exemption information may be found at www.txnd.uscourts.gov, or by clicking here:  <u>Attorney Information – Bar Membership</u>. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge. (sre) (Entered: 10/18/2019) |
| 10/18/2019 | ï | ***Clerk's Notice of delivery: (see NEF for details) Docket No:1,2. Fri Oct 18 11:38:45 CDT 2019 (crt) (Entered: 10/18/2019) |
| 10/22/2019 | ï 4 | ORDER TRANSFERRING CASE: This action will be transferred to the Houston Division of Southern District of Texas on 11/12/2019 to allow any party to file an objection to Judge Brown within 14 days after being served with a copy of this order. If an objection is filed, the order of transfer is stayed pending further order of the Court. (Ordered by Magistrate Judge David L. Horan on 10/22/2019) (rekc) (Entered: 10/23/2019) |
| 10/23/2019 | ï | ***Clerk's Notice of delivery: (see NEF for details) Docket No:4. Wed Oct 23 09:39:52 CDT 2019 (crt) (Entered: 10/23/2019) |